STANDARD FRUIT & STEAMSHIP CO. *v.* UNITED FRUIT CO. ET AL.

No. 740. Decided January 20, 1969.

*Eberhard P. Deutsch, Robert M. Moore,* and *René H. Himel, Jr.,* for appellant.

*Hugh B. Cox* and *James H. McGlothlin* for United Fruit Co., and *Solicitor General Griswold* for the United States, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction. *Shenandoah Valley Broadcasting, Inc.* v. *American Society of Composers, Authors & Publishers,* 375 U. S. 39.

PHILLIPS ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL.

No. 854. Decided January 20, 1969.

*Robert L. Bobrick* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.